■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORETTA LLOYD, Also Known as LORETTA GREEN, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered April 22, 1975, convicting her of criminally selling a dangerous drug in the third degree, upon her plea of guilty, and imposing sentence. Judgment affirmed. A very substantial likelihood of irreparable misidentification was not present (see *Simmons v United States,* 390 US 377, 384). Margett, Acting P. J., Damiani, Rabin, Shapiro and Titone, JJ., concur.